**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **DEBORA JEVENAL and** | ) | **CASE NO:** _____ |
| **MICHALE PAUL JEVENAL,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WAL-MART STORE EAST, LP,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§1332, 1441 and 1446, Defendant, Wal-Mart Stores East, LP ("Walmart"), by counsel, removes this matter to this Court and in support of this Notice of Removal, Walmart states as follows:

1.     On or about January 7, 2025, Plaintiff filed the following lawsuit in the Marion County Superior Court: *Debora Jevenal and Michael Paul Jevenal v. Wal-Mart Stores East, LP,* Cause No. 49D03-2501-CT-000733 ("State Court Action"). A copy of Plaintiffs' Complaint is attached as Exhibit A.

2.     Walmart was served with a Summons and Plaintiffs' Complaint for the State Court Action on January 14, 2025.

3.     This Notice of Removal is filed within 30 days of receipt of the initial pleading by Defendant, and within one year of the commencement of this action, as mandated by 28 U.S.C. § 1446(b). *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999). Accordingly, removal of this action is timely.

4.      Pursuant to 28 U.S.C. § 1446(a), a copy of the State Court Record, including the state court docket sheet, all pleadings, motions, orders, and other filings except the Plaintiff's Complaint already attached as Exhibit A, is attached as collective Exhibit B[1].

5.      Among other things, the Complaint alleges racial discrimination and violations of Title II of Civil Rights Act of 1968 (Public Accommodations), 42 U.S.C. § 2000(a). This Court has original jurisdiction over civil actions arising under the Constitution and laws of the United States. 28 U.S.C. § 1331.

6.      Hence, this action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331 and is one which may be removed to this Court under 28 U.S.C. §§ 1441 and 1446.  Further, removal to the Southern District of Indiana, Indianapolis Division is proper under 28 U.S.C. § 1441(a), as this district and division include and embrace Marion County, Indiana where the State Court Action was filed and is currently pending.

7.      Promptly after it is filed with this Court, Defendants will serve this Notice on Plaintiff and file a copy of this Notice with the Clerk of the Marion County Circuit and Superior Courts.

WHEREFORE, this action is properly removed from the Marion County Superior Court to this Court for all further proceedings.

---

[1] Note: while this Notice and all other Federal Court Pleadings comply with the privacy protection required by operation of FRCP 5.2, the attached exhibits A and B are exempt from the redaction requirement as per FRCP 5.2 (b)(3).

Respectfully submitted,

FROST BROWN TODD LLP

By:  */s/ Robert B. Thornburg*
      Robert B. Thornburg, #19594-02
      Annette M. Lindskog, #38658-49
      *Attorney for Defendant Walmart Stores*
      *East, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2025, the foregoing document was filed electronically. Service of this filing will be made to all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

| | |
|---|---|
| Mark Nicholson, #28311-49<br>Law Office of Mark Nicholson<br>9702 East Washington Street, Suite 171<br>Indianapolis, IN  46229<br>*Attorneys for Plaintiffs* | |

*/s/ Robert B. Thornburg*

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0799460  4911-1647-5161v1